No. 709. WALTER F. BRITTON, TRUSTEE, ETC., *v.* UNION INVESTMENT COMPANY. March 15, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for

the Eighth Circuit denied. *Mr. Harrison L. Schmitt* for petitioner. *Mr. William A. Lancaster* and *Mr. David F. Simpson* for respondent.

